LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Sherry Fenn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Sherry Fenn,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Alliance One, Inc.,<br><br>　　　　Defendant. | Case No.: 1:10-cv-02012-LJO-SKO<br><br>**JOINT STIPULATION<br>FOR DISMISSAL<br>WITH PREJUDICE** |

　　　Defendant, Alliance One, Inc., and Plaintiff, Sherry Fenn, by and through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this Court for an order of dismissal with prejudice.

1. This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

Respectfully submitted this 9th day of February, 2011.

By: *s/Lara R. Shapiro*
Lara R. Shapiro
Attorney for Plaintiff


By: *s/Jeff Topor*
Jeff Topor
Simmonds and Narita, LLP
Attorneys for Defendant