UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Sherry Fenn,<br><br>              Plaintiff,<br><br>       vs.<br><br>Alliance One, Inc.,<br><br>              Defendant. | Case No.: 1:10-cv-02012-LJO-SKO<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
HON. LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE