UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Sherry Fenn,<br><br>        Plaintiff,<br><br>  vs.<br><br>Alliance One, Inc.,<br><br>        Defendant. | Case No.: 1:10-cv-02012-LJO-SKO<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice. The Clerk of the court is directed to close this action in its entirety.

**IT IS SO ORDERED.**

Dated: February 10, 2011

/s/ Lawrence J. O'Neill_____
HON. LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE